

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00008-CV

Dennis R. **CAHILL**,
Appellant

v.

Shirley A. **JONES-CAHILL**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-236
Honorable Kirsten Cohoon, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, we GRANT appellant's "Motion to Strike Intervenor's Brief," DENY Olga Brown's "Motion for Leave to File Surreply," and AFFIRM the trial court's November 25, 2019 "Order on Petitioner's Motion to Vacate Arbitration Decision." Costs of the appeal are taxed against appellant Dennis R. Cahill.

SIGNED January 13, 2021.

_____
Irene Rios, Justice